IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LEE KNOWLIN,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

10-cv-829-bbc

CHRISTA MORRISON,
KIMBERLY MARKS, LARRY STICH and
RON BREWER,

    Defendants.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Christa Morrison, Kimberly Marks, Larry Stich and Ron Brewer granting their motion for summary judgment and dismissing this case.

_____      _2/22/12_
Peter Oppeneer, Clerk of Court      Date