IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LEE KNOWLIN,

    Plaintiff,

v.

CHRISTA MORRISON,
KIMBERLY MARKS, LARRY STICH and
RON BREWER,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-829-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Christa Morrison, Kimberly Marks, Larry Stich and Ron Brewer granting their motion for summary judgment and dismissing this case.

_____       2/22/12
Peter Oppeneer, Clerk of Court      Date